IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) OPA JOHNSTON, LLC, an Oklahoma limited liability company; | ) ) | |
| (2) OLD COURSE INVESTMENTS, LLC, an Oklahoma limited liability company; | ) ) ) | |
| (3) TULLOS OIL & GAS, INC., an Oklahoma corporation; | ) ) | |
| (4) RACHEL JOHNSTON, an individual; | ) | |
| (5) AUGUST ENDEAVORS, L.L.C., an Oklahoma limited liability company, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case No. CIV-15-192-D |
| | ) | |
| (1) JONES FAMILY, LLC, a California limited liability company; | ) ) | |
| (2) DEREK JONES, an individual; and | ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs:

**OPA JOHNSTON, LLC,**
**OLD COURSE INVESTMENTS, LLC,**
**TULLOS OIL & GAS, INC.,**
**RACHEL JOHNSTON,**
**AUGUST ENDEAVORS, L.L.C.**

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

627959

| | |
|---|---|
| February 23, 2015 | *s/ Brent M. Johnson* |
| Date | Signature |

Brent M. Johnson     OBA #17070
Print Name     Bar Number

FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.

100 North Broadway Avenue, Suite 1700
Address

Oklahoma City, Oklahoma 73102
City, State, Zip Code

(405) 232-0621     (405) 232-9659
Telephone Number     Fax Number

BJohnson@FellersSnider.com
E-Mail Address